# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RYEISHA GAINES**  **PLAINTIFF**
**ADC #713306**

V.  NO. 4:22-cv-00361-BRW

**LAQWONIA COLLINS**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 31st day of August, 2022.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE